IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL K. SCHMIDT,

    Plaintiff,

v.

MICHAEL P. SCRENOCK
and JON LITSCHER,

    Defendants.

ORDER

Case No. 18-cv-276-jdp

---

Plaintiff Daniel K. Schmidt filed a proposed civil complaint in Eastern District of Wisconsin Case No. 18-cv-589. On April 18, 2018, the Eastern District of Wisconsin transferred plaintiff's case to this court. Dkt. 5. Now I will consider plaintiff's motion for leave to commence this lawsuit without prepayment of the filing fee. Dkt. 2. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Daniel K. Schmidt's petition for leave to proceed without prepayment of fees, dkt. 2, is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 18th day of April, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge